UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LEROY HARRIMAN, JR. <br>     Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN <br> Acting Commissioner of Social Security, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )  Civil no. 1:12-cv-00208-NT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On March 31, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on April 17, 2013, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

Accordingly, is hereby ORDERED that the Commissioner's decision be VACATED and the case REMANDED for further proceedings.

/s/ Nancy Torresen
United States District Judge

Dated this 24th day of April, 2013.